UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Pickle v. Davol, Inc., et al.*
**Case No. 2:22-cv-759**

## ORDER

This matter is before the Court on a Motion to Substitute Deceased Plaintiff (ECF No. 5). Two months after filing the Motion, Plaintiff's counsel filed a supplemental document stating that the Plaintiff's family, including the proposed substitute, indicated to counsel that they did not wish to pursue this case any further and that Plaintiff's counsel "does not intend to proceed with the substitution of parties." (ECF No. 6.)  Accordingly, the Motion to Substitute (ECF No. 5) is **DENIED AS MOOT**.

Given the representations made in the supplemental filing, Plaintiff's counsel is ordered to show cause **within 30 days** why this case should not be dismissed without prejudice.

IT IS SO ORDERED.


**1/5/2024**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**