UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Pickle v. Davol, Inc., et al.*
Case No. 2:22-cv-759

## ORDER

On December 11, 2023, Plaintiff's counsel filed a supplement to a motion to substitute the deceased Plaintiff stating that the Plaintiff's family, including the proposed substitute, indicated to counsel that they did not wish to pursue this case any further and that Plaintiff's counsel "does not intend to proceed with the substitution of parties." (ECF No. 6.)  The Court denied as moot the motion to substitute (ECF No. 5) and ordered Plaintiff's counsel to show cause why, given the representations made in the supplemental filing, this case should not be dismissed.  (ECF No. 7.)  Plaintiff's counsel did not respond to the order to show cause.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.


**5/28/2024**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**